# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE EKOWIDARTI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE C. ZOLEY, et al.,<br><br>Respondents. | Case No. 2:26-cv-00094-JGB-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered granting the petition for writ of habeas corpus; (2) Petitioner is to be released immediately; and (3) the action is dismissed with prejudice.

Dated: January 27, 2026

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE