JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHRISTINE EKIWIDARTI,

               Petitioner,

      v.

GEORGE C. ZOLEY, et al.,

               Respondents.

Case No. 2:26-cv-00094-JGB-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: January 27, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE